**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6374**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ADRIAN RASHAUN ANDERSON, a/k/a Duke,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-cr-00111-FL-2)

_____

Submitted:  August 28, 2025                                    Decided:  September 3, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adrian Rashaun Anderson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Rashaun Anderson appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We have reviewed the record and conclude that the district court did not abuse its discretion by finding that Anderson failed to present extraordinary and compelling reasons for a sentence reduction, as defined in U.S. Sentencing Guidelines Manual § 1B1.13(b), p.s. (2024), and denying Anderson's motion on that ground.[*] *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Anderson*, No. 5:17-cr-00111-FL-2 (E.D.N.C. Apr. 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We note that Anderson "may soon satisfy the 10-year requirement under § 1B1.13(b)(6) and may then file a new motion before the district court." *United States v. Crawley*, 140 F.4th 165, 173 (4th Cir. 2025).